TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-24-7596-TUC-RM-MAA |
| Plaintiff, | |
| v. | SENTENCING MEMORANDUM |
| Jonathan Ramiro Jimenez, | |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, and submits the following Sentencing Memorandum regarding the above-captioned defendant's sentencing:

1.      The matter is set for sentencing on June 23, 2025.

2.      This case originated from an investigation conducted by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). ATF agents were monitoring the actions of a co-defendant in this case, Octavio Sanchez, Jr., and in doing so, they learned the defendant was involved in straw purchasing. The case began with a September 8, 2022 Mexican law enforcement officials recovery of 32 firearms, 4,536 magazines, and 3,045 rounds of ammunition from an abandoned National Guard truck in Nogales, Sonora, Mexico. About a month after the seizure, ATF began running traces of the firearms and learned Sanchez purchased two of the recovered firearms via ArmsList.com.

3.    On November 1, 2022, agents interviewed Sanchez, who admitted to them that he had been buying and selling firearms and ammunition on ArmsList.com. ATF executed a search warrant at Sanchez's residence and seized several items, including 2,000 rounds of ammunition, Sanchez's phone, and a firearm tag for a CenturyArms VSKA rifle. On May 30, 2023, agents located and interviewed the defendant regarding the VSKA, which the defendant purchased from an FFL on March 11, 2023. The defendant admitted to the agents that he straw purchased that firearm for Sanchez.

3.    On October 30, 2024, a Tucson grand jury returned a true bill of indictment against Sanchez and the defendant, charging Sanchez with dealing firearms without a license and the defendant with straw purchasing. On April 9, 2025, the defendant pled guilty to the straw purchasing count pursuant to a written plea agreement.

4.    The government has reviewed the probation department's presentence investigation report (PSR) and disposition report and has no additions or corrections to the factual statements or guideline/criminal history calculations. The defendant's guideline sentencing range is 21-27 months, based on a total offense level 15 and criminal history category II. The probation department recommends the Court sentence the defendant to four years of probation.

5.    18 U.S.C. § 3553(a)(1) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant."  The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant.  18 U.S.C. § 3553(a)(2).  The sentence imposed shall consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct."  18 U.S.C. §3553(a)(6).

6.    Pursuant to the 18 U.S.C. § 3553(a) factors, the government respectfully requests the Court accept the parties' plea agreement and follow the probation department's recommendation to sentence the defendant to **time served (22 days) and four years of probation**. The defendant's criminal history is negligible and his involvement in the vast

majority of Sanchez's crimes was minimal. A sentence to probation is appropriate. The government will further explain its position at the sentencing hearing, currently set for June 23, 2025.

Respectfully submitted this 9th day of June, 2025.

TIMOTHY COURCHAINE
United States Attorney

*/s/ Matthew C. Cassell*

MATTHEW C. CASSELL
Assistant United States Attorney

Copy of the foregoing served electronically
or by other means this 9th day of June, 2025, to:

Vanessa Moss, Esq.
Counsel for defendant