TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-24-7596-001-TUC-RM-MAA |
|---|---|
| Plaintiff, | |
| v. | SENTENCING MEMORANDUM |
| Octavio Sanchez, Jr., | |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, and submits the following Sentencing Memorandum regarding the above-captioned defendant's sentencing:

1.     The matter is set for sentencing on January 29, 2025. The government understands its sentencing memorandum is untimely, but respectfully requests the Court accept it since the case was originally set for sentencing in early March but was accelerated to the current date just a few days ago, on January 22, 2026.

2.     This case originated from a Mexican law enforcement recovery of 32 firearms, 4,536 magazines, and 3,045 rounds of ammunition from an abandoned National Guard truck in Nogales, Sonora, Mexico on September 8, 2022. About a month after the seizure, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) agents began running traces of the firearms and learned the defendant purchased two of the recovered firearms via ArmsList.com.

3. On November 1, 2022, agents interviewed the defendant, who admitted to them that he had been buying and selling firearms and ammunition on ArmsList.com. ATF executed a search warrant at the defendant's residence and seized several items, including 2,000 rounds of ammunition, his phone, and a firearm tag for a CenturyArms VSKA rifle. On May 30, 2023, agents located and interviewed Johnathan Jimenez regarding the VSKA, which he purchased from an FFL on March 11, 2023. Jimenez admitted to the agents that he straw purchased that firearm for the defendant.

3. On October 30, 2024, a Tucson grand jury returned a true bill of indictment against the defendant and Jimenez, charging the defendant with dealing firearms without a license and Jimenez with straw purchasing. On December 19, 2025, the defendant pled guilty to aiding and abetting in the straw purchasing of firearms (count one of the indictment) pursuant to a written plea agreement.

4. The government has reviewed the probation department's presentence investigation report (PSR) and disposition report and has no additions or corrections to the factual statements or guideline/criminal history calculations. The defendant's guideline sentencing range is 10-16 months, based on a total offense level 12 and criminal history category I. The probation department recommends the Court sentence the defendant to time served and two years of supervised release.

5. 18 U.S.C. § 3553(a)(1) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant." The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant. 18 U.S.C. § 3553(a)(2). The sentence imposed shall consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct." 18 U.S.C. §3553(a)(6).

6. Pursuant to the 18 U.S.C. § 3553(a) factors, the government respectfully requests the Court accept the parties' plea agreement and follow the probation department's recommendation to sentence the defendant to **time served (about 13 months) and two**

2

**years of supervised release**. The government will further explain its position at the sentencing hearing, currently set for January 29, 2026.

Respectfully submitted this 27th day of January, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Matthew C. Cassell*

MATTHEW C. CASSELL
Assistant United States Attorney

Copy of the foregoing served electronically
or by other means this 27th day of January, 2026, to:

Diana Erindira Castillo-Reina, Esq.
Counsel for defendant

3